CASE 0:15-cr-00165-JRT-LIB Doc. 169 Filed 06/04/15 Page 1 of 18
2:15-mj-30245-DUTY Doc # 1 Filed 05/27/15 Pg 1 of 3 Pg ID 4

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
MAY 27 2015
U.S. D...

UNITED STATES OF AMERICA,

CR15-165(6) JRT/LIB

Plaintiff

Case: 2:15-mj-30245
Judge: Unassigned,
Filed: 05-27-2015 At 10:18 AM
REM: USA v CALVIN BEASLEY (MAW)

v.

Originating No. 15-165

Rule 5 Documents

CALVIN BEASLEY,

Defendant.

_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant CALVIN BEASLEY to answer to charges pending in another federal district, and states:

1. On **May 27, 2015,** defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **District of Minnesota based on an Indictment**. Defendant is charged in that district with violations of **21 U.S.C. Section 846 – Conspiracy to Distribute Heroin, Methamphetamine, Oxycodone, Hydromorphone, Hydrocodone, and Methadone.**

SCANNED
JUN 04 2015
U.S. DISTRICT COURT MPLS

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. See Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

BARBARA MCQUADE
United States Attorney

SUSAN GILLOOLY
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: May 27, 2015

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.

Calvin Beasley

Case No: 15-30245

### APPOINTMENT OF FEDERAL DEFENDER OFFICE

- ☐ **MULTIPLE DEFENDANT CASE**
- ☐ **NON-ENGLISH SPEAKING**
- ☐ **DEFENDANT IN CUSTODY**

VIOLATION: 21:846

LANGUAGE: _____

CASE TYPE: Removal

FILED MAY 27 2015 CLERK'S OFFICE U.S. DISTRICT COURT

The defendant has qualified for the appointment of counsel under the Criminal Justice Act.

***IT IS ORDERED*** that the Federal Defender Office, 613 Abbott, 5th fl., Detroit, Michigan 48226, telephone number **(313) 967-5555**, is appointed to represent this defendant in this case, unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitue counsel, or (3) appearance of retained counsel.

NEXT COURT DATE: 5-28-15

Dated: 5/27/15

United States District Judge/Magistrate Judge

AUSA Assigned: Susan Gillooly

### PARTIAL PAYMENT ORDER

***IT IS ORDERED*** that partial payment be made by the defendant in the amount of _____ monthly, commencing on _____, until this case is terminated or otherwise ordered by the Court. Payment shall be made to the ***Clerk of the Court, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.***

Defendant's Name, Address & Telephone Number:

United States District Judge/Magistrate Judge

Defendant's Signature

EDM 0044
01/95

ORIGINAL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

**FILED**
MAY 27 2015
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

_Calvin Beasley_
Defendant

CASE NUMBER: 15-30245

Upon motion of the _____GOVERNMENT_____, it is ORDERED that a detention hearing is set for _____5-28-15_____ * at _____1:00 p.m._____
Date

before _____THE DUTY MAGISTRATE JUDGE_____
Name of Judicial Officer

_____
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) and produced for the hearing.
Other Custodial Official

Date: _____5-27-15_____

_[signature]_
Judicial Officer
MAGISTRATE JUDGE ELIZABETH A. STAFFORD

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government or 5 days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion, if there is a serious risk that the defendant will flee or will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

**CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL** (Rev. 5/99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| MIE | CALVIN BEASLEY | | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| | 15-30245 | | | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) | |
| USA v Beasley | X Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☐ Appeal | X Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other | CC | |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

21:841A=CD.F; 21:846=CD.F (Removal)

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

JOHN W. BRUSSTAR  (P36920)
615 GRISWOLD STREET, #1125
DETROIT, MICHIGAN 48226

Telephone Number: (313) 962-8422

**13. COURT ORDER**
☐ O Appointing Counsel  ☐ C Co-Counsel
X F Subs For Federal Defender  ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney  ☐ Y Standby Counsel

Prior Attorney's
Appointment
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR

☐ Other (See Instructions)

*Marlena Killian /eAs*
Signature of Presiding Judicial Officer or By Order of the Court

5-28-15                    05/27/2015
Date of Order              Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service appointment.  ☐ YES  ☐ NO

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (Only provide per instructions)

FILED
MAY 28 2015
CLERK'S OFFICE
U.S. DISTRICT COURT

**CLAIM FOR SERVICES AND EXPENSES** / **FOR COURT USE ONLY**

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| In | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (RATE PER HOUR = $____) TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and other work (Specify on additional sheets) | | | | | |
| | (RATE PER HOUR = $____) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |

**GRAND TOTAL CLAIMED AND ADJUSTED**

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|
| TO: | | |

22. CLAIM STATUS  ☐ Final Payment  ☐ Interim Payment Number _____  ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this  ☐ YES  ☐ NO  If yes, were you paid?  ☐ YES  ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?  ☐ YES  ☐ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____  Date _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE/MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

FILED MAY 28 2015 U.S. CLERKS OFFICE DISTRICT COURT

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CALVIN BEASLEY,

    Defendant.

Criminal No. 15-30245

## APPEARANCE OF COUNSEL

To the Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: CALVIN BEASLEY

_Attorney's signature_

JOHN W. BRUSSTAR (P36920)
Printed Name and Michigan Bar Number

615 GRISWOLD
SUITE 1125
Address DETROIT, MI 48226

johnbrusstar@yahoo.com
E-mail Address

(313) 962-8422
(Area Code)   Telephone Number

(313) 962-8068
Fax Number

Date: 5/28/15
Detroit, Michigan

☑ CJA Appointment  ☐ Retained

F I L E D
MAY 28 2015
U.S. CLERK'S OFFICE
DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

**WAIVER OF RULE 5 AND 5.1 HEARINGS**
**(Excluding Probation Violation Cases)**

v.

Case No. 15-30245
Originating No.15-165

**CALVIN BEASLEY,**

        Defendant.

_____/

I understand that in the **District of Minnesota,** charges are pending alleging a violation of **21 U.S.C. Section 846 – Conspiracy to Distribute Heroin, Methamphetamine, Oxycodone, Hydromorphone, Hydrocodone, and Methadone** and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of my right to:

1. Retain counsel or request the assignment of counsel if I am unable to afford one.

2. Request transfer of the proceedings to this district pursuant to Fed. R. 20, in order to plead guilty.

3. Have an identity hearing to determine if I am the person named in the charge.

4. Have a preliminary examination (unless and indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me; the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary examination

(X) identity hearing and have been informed I have no right to a preliminary hearing

( ) identity hearing but request a preliminary hearing to be held in the district of prosecution

and therefore consent to the issuance of an order requiring my appearance in the prosecuting district where the charges is pending against me.

_____
Defendant

Date: 5/28/15

_____
Counsel for Defendant

Date: 5/28/15

CASE 0:15-cr-00165-JRT-LIB Doc. 169 Filed 06/04/15 Page 9 of 18
2:15-mj-30245-DUTY Doc # 9 Filed 05/28/15 Pg 1 of 4 Pg ID 15
AO 199 (EDMI 03/12) Order Setting Conditions of Release
Page 1 of 4

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America )
)
v. )
) Case No. 15-30245
Calvin Beasley )
)
)

FILED
MAY 28 2015
U.S. CLERK'S OFFICE
DISTRICT COURT

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at (if blank, to be notified):

District of Minnesota
~~U.S. District Court, 231 W. Lafayette Boulevard, Courtroom 114, Detroit, Michigan 48226~~
*Place*

on June 9, 2015 @ 11:00 a.m.
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

CASE 0:15-cr-00165-JRT-LIB Doc. 169 Filed 06/04/15 Page 10 of 18
2:15-mj-30245-DUTY Doc # 9 Filed 05/28/15 Pg 2 of 4 Pg ID 16

AO 199 (EDMI 03/12) Order Setting Conditions of Release    Page 2 of 4

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

☐ (6) The defendant is placed in the custody of _____
(See separate Agreement to Assume Custody of the Defendant).

☒ (7) The defendant must:

☒ (a) report, as directed, to:
   ☒ Pretrial Services.
   ☐ Probation Department.

☐ (b) continue or actively seek employment.

☐ (c) continue or start an education program.

☐ (d) agree not to apply for or enter into any loan or other credit transaction without the previous written permission of the pretrial services office or supervising officer.

☐ (e) surrender any passport to: _____

☐ (f) not obtain a passport or other international travel documents.

☒ (g) abide by the following restrictions on personal association, place of abode, or travel:
   ☒ Travel restricted to the Eastern District of Michigan;  — Dist. of N. Dako
   ☐ Travel restricted to the State of Michigan;
   ☒ Travel restricted to: ED of MI + Dist. of Minnesota for court purposes only
   unless I have the previous consent of the pretrial services office, supervising officer or the court.

☒ (h) avoid all contact, directly or indirectly, with any person who is or may become a victim or witness in the investigation or prosecution, including but not limited to:
   ☐ List to be provided by U.S. Attorney;
   ☒ Other persons: any co-defendant

☐ (i) get medical or psychiatric treatment.

☐ (j) return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling, or the following purpose(s):
_____

☐ (k) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

☒ (l) not possess a firearm, destructive device, or other dangerous weapons.

☐ (m) not use alcohol:
   ☐ at all.
   ☐ excessively.

CASE 0:15-cr-00165-JRT-LIB Doc. 169 Filed 06/04/15 Page 11 of 18
2:15-mj-30245-DUTY Doc # 9 Filed 05/28/15 Pg 3 of 4 Pg ID 17

AO 199 (EDMI 03/12) Order Setting Conditions of Release                                      Page 3 of 4

☒ (n) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

☒ (o) submit to any testing required by the pretrial services office or supervising officer to determine whether the defendant is using a prohibited substance. Testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct or attempt to obstruct or tamper with the efficiency and accuracy of any prohibited substance screening or testing.

☒ (p) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

☒ (q) participate in one of the following location restriction programs and comply with requirements as directed:

    ☒ (i) **Curfew.** You are restricted to your residence every day:
        ☐ from _____ to _____, or
        ☒ as directed by the pretrial services office or supervising officer; or

    ☐ (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer; or

    ☐ (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.

☒ (r) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

    ☐ You must pay all or part of the cost of the programs based upon your ability to pay as the pretrial services office or supervising officer determines:

        ☒ (i) Location monitoring technology as directed by the pretrial services office or supervising officer;
        ☐ (ii) Radio Frequency (RF) monitoring;
        ☐ (iii) Passive Global Positioning Satellite (GPS) monitoring;
        ☐ (iv) Active Global Positioning Satellite (GPS) monitoring (including "hybrid" (Active/Passive) GPS);
        ☐ (v) Voice Recognition monitoring.

☐ (s) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning or traffic stops.

☒ (t) June 9, 2015 @ 11am; must appear in the district of Minnesota

CASE 0:15-cr-00165-JRT-LIB   Doc. 169   Filed 06/04/15   Page 12 of 18
2:15-mj-30245-DUTY   Doc # 9   Filed 05/28/15   Pg 4 of 4   Pg ID 18

AO 199 (EDMI 03/12) Order Setting Conditions of Release                                                    Page 4 of 4

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_X [signature]_
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

☑ The defendant is ORDERED released after processing.
☐ The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 5-28-15

_[signature]_
*Judicial Officer's Signature*

ELIZABETH A. STAFFORD
*Printed name and* UNITED STATES MAGISTRATE JUDGE

CASE 0:15-cr-00165-JRT-LIB Doc. 169 Filed 06/04/15 Page 13 of 18
2:15-mj-30245-DUTY Doc # 10 Filed 05/28/15 Pg 1 of 2 Pg ID 19
AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America )
v. )
Calvin Beasley ) Case No. 15-30245
)
Defendant )

FILED
MAY 28 2015
U.S. CLERK'S OFFICE
DISTRICT COURT

## APPEARANCE BOND

**Defendant's Agreement**

I, Calvin Beasley (*defendant*), agree to follow every order of this court, or any court that considers this case and I further agree that this bond may be forfeited if I fail:
- ☑ to appear for court proceedings;
- ☑ if convicted, to surrender to serve a sentence that the court may impose; or
- ☑ to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

- ☐ (1) This is a personal recognizance bond.
- ☑ (2) This is an unsecured bond of $ 10,000.
- ☐ (3) This is a secured bond of $ _____, secured by:
    - ☐ $ _____ in cash deposited with the court.
    - ☐ (b) the agreement of the defendant and each surety to forfeit the following cash or other property (*describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value*):

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

- ☐ (c) a bail bond with a solvent surety (attach a copy of the bail bond, or describe it and identify the surety):

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

WHITE COPY - COURT          YELLOW - DEFENDANT

CASE 0:15-cr-00165-JRT-LIB Doc. 169 Filed 06/04/15 Page 14 of 18
2:15-mj-30245-DUTY Doc # 10 Filed 05/28/15 Pg 2 of 2 Pg ID 20
AO 98 (Rev. 12/11) Appearance Bond                                      Page 2

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

   (1) all owners of the property securing this appearance bond are included on the bond;
   (2) the property is not subject to claims, except as described above; and
   (3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 5-28-15

_____
Defendant's signature

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

Date: 5-28-15

DAVID J. WEAVER, CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

Approved.

Date: 5-28-15

_____
Judge's signature

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15-30245 |
| Calvin Beasley | ) | |
| Defendant | ) | Charging District: 15-165 |
| | ) | Charging District's Case No. |

*FILED MAY 28 2015 U.S. CLERK'S OFFICE DISTRICT COURT*

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States District Court 515 West 1st Street Duluth, MN 55802-1397 | Courtroom No.: 412 |
|---|---|
| | Date and Time: June 9, 2015 @ 11 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 5-28-15

_____
Judge's signature

ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

# U.S. District Court
# Eastern District of Michigan (Detroit)
# CRIMINAL DOCKET FOR CASE #: 2:15-mj-30245-DUTY All Defendants

Case title: United States of America v. Beasley

Date Filed: 05/27/2015

Assigned to: Magistrate Judge Unassigned

**Defendant (1)**

**Calvin Beasley**     represented by     **Federal Defender**
Federal Defender Office
613 Abbott
5th Floor
Detroit, MI 48226
313-967-5542
*TERMINATED: 05/28/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**John W. Brusstar**
615 Griswold
Suite 1125
Detroit, MI 48226
313-962-8422
Email: johnbrusstar@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

## Complaints

## Disposition

RULE 5(c)(3) District of Minnesota

---

**Plaintiff**

**United States of America**              represented by **Susan E. Gillooly**
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226
313-226-9100
Email: susan.gillooly@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2015 | 1 | PETITION for Transfer under Rule 5(c)(3) as to Calvin Beasley (1). (MarW) (Main Document 1 replaced on 5/28/2015) (LHos). (Entered: 05/27/2015) |
| 05/27/2015 |   | Minute Entry for proceedings before Magistrate Judge Elizabeth A. Stafford: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Calvin Beasley held on 5/27/2015. **Detention Hearing and Removal Hearing set for 5/28/2015 01:00 PM.** Disposition: Ordered Temporarily Detained.(Court Reporter: Digitally Recorded) (Defendant Attorney: David Tholen) (AUSA: Susan Gillooly) (MarW) (Entered: 05/27/2015) |
| 05/27/2015 | 2 | Audio File of Initial Appearance as to Calvin Beasley held on 05/27/2015 before Magistrate Judge Elizabeth A. Stafford. AUDIO FILE SIZE (3.1 MB) (LHos) (Entered: 05/28/2015) |
| 05/27/2015 | 3 | ORDER APPOINTING FEDERAL DEFENDER as to Calvin Beasley. Signed by Magistrate Judge Elizabeth A. Stafford. (SOso) (Entered: 05/28/2015) |
| 05/27/2015 | 4 | ORDER OF TEMPORARY DETENTION as to Calvin Beasley Signed by Magistrate Judge Elizabeth A. Stafford. (SOso) (Entered: 05/28/2015) |
| 05/28/2015 |   | Minute Entry for proceedings before Magistrate Judge Elizabeth A. Stafford: Removal Hearing as to Calvin Beasley NOT held on 5/28/2015. Disposition: Waived.(Court Reporter: Digitally Recorded) (Defendant Attorney: John Brusstar) (AUSA: Susan Gillooly) (MarW) (Entered: 05/28/2015) |
| 05/28/2015 |   | Minute Entry for proceedings before Magistrate Judge Elizabeth A. Stafford: Detention Hearing as to Calvin Beasley NOT held on 5/28/2015. Disposition: $10,000 Unsecured Bond.(Court Reporter: Digitally Recorded) (Defendant Attorney: John Brusstar) (AUSA: Susan Gillooly) (MarW) (Entered: |

| | | |
|---|---|---|
| | | 05/28/2015) |
| 05/28/2015 | 5 | 🔊 Audio File of Proceeding as to Calvin Beasley held on 05/28/2015 before Magistrate Judge Elizabeth A. Stafford. AUDIO FILE SIZE (4.1 MB) (LHos) (Entered: 05/28/2015) |
| 05/28/2015 | 6 | CJA 20 as to Calvin Beasley: Appointment of Attorney John W. Brusstar for Calvin Beasley in place of Federal Defender. Signed by Magistrate Judge Elizabeth A. Stafford. (DPer) (Entered: 05/29/2015) |
| 05/28/2015 | 7 | ATTORNEY APPEARANCE: John W. Brusstar appearing for Calvin Beasley. (SOso) (Entered: 05/29/2015) |
| 05/28/2015 | 8 | WAIVER of Rule 5 and 5.1 Hearings by Calvin Beasley (SOso) (Entered: 05/29/2015) |
| 05/28/2015 | 9 | ORDER Setting Conditions of Release as to Calvin Beasley. Signed by Magistrate Judge Elizabeth A. Stafford. (SOso) (Entered: 05/29/2015) |
| 05/28/2015 | 10 | BOND as to Calvin Beasley in the amount of $10,000.00 unsecured entered. (SOso) (Entered: 05/29/2015) |
| 05/28/2015 | 11 | ORDER TRANSFERRING JURISDICTION to Minnesota as to Calvin Beasley Signed by Magistrate Judge Elizabeth A. Stafford. (SOso) (Entered: 05/29/2015) |
| 06/04/2015 | | TEXT-ONLY NOTICE to District of Minnesota of Transfer as to Calvin Beasley. Your case number is: 15-165. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text-only entries. Please note the following documents: 9 Order Setting Conditions of Release, 2 Audio File Upload, 7 Attorney Appearance, 6 CJA 20 - Appointment, 4 Order of Temporary Detention, 5 Audio File Upload, 10 Bond, 8 Waiver of Rule 5 Hearings (Formerly Rule 40), 3 Order Appointing Federal Defender's Office, 11 Order Transferring Jurisdiction, 1 Rule 5(c)(3) Petition for Transfer Proceedings (If you require sealed documents or certified copies, please send a request to InterDistrictTransfer_mied@mied.uscourts.gov) (KKra) (Entered: 06/04/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/04/2015 13:56:35 | | | |
| **PACER Login:** | MinnDist:4406639:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:15-mj-30245-DUTY |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |