AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America
v.
Calvin NMN Beasley

Case No. CR 15-165 (6) JRT/LIB

**ARREST WARRANT**

RECEIVED JUN 4 2015
CLERK U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

2015 MAY 21 AM 8:09
RECEIVED US MARSHALS SERVICE MPLS MN

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    Calvin NMN Beasley

who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - Conspiracy to Distribute Heroin, Methamphetamine, Oxycodone, Hydromorphone, Hydrocodone, and Methadone 21:846

Date:   05/20/2015

*Signature of Clerk or Deputy Clerk*
*Issuing officer's signature*

City and state:   St. Paul, MN

Leah E. Gilgenbach, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____

ARRESTED ON 5/27/15
ARRESTED BY DEA ED/MI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*

SCANNED
JUN 04 2015
U.S. DISTRICT COURT MPLS